UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-24218-CIV-ALTONAGA

**ANNETTE BARNES**, *et al.,*

    Plaintiffs,

v.

**CS MARKETING LLC**; *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Plaintiffs' and Simple Health Plans LLC's Joint Motion to Stay All Claims against Simple Health Plans LLC [ECF No. 46]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiffs' claims against Simple Health in this Action are stayed. Simple Health has no obligation to participate in this action during the pendency of the stay. Plaintiffs and Simple Health preserve all rights. The stay shall not affect in any fashion Plaintiffs' claims against Simple Health and/or Simple Health's potential defenses to Plaintiffs' claims. Subject to providing notice, Simple Health reserves the right to seek dismissal in this action to resolve the Receivership Action.

**DONE AND ORDERED** in Miami, Florida this 21st day of November, 2019.

                                                       **CECILIA M. ALTONAGA**
                                                       **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record