**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA (Miami)**

**CASE NO.: 1:19-cv-24218-CMA - Altonaga**

ANETTE BARNES, *et al.*, individually and on behalf of all other similarly situated, **CLASS ACTION**

Plaintiffs,

v.

CS MARKETING LLC, *et al.*,

Defendants.
_______________________________________/

**[PROPOSED] ORDER**

THIS CAUSE having come before the Court on USHEALTH Advisors, LLC's Motion to Sever, and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby ORDERED and ADJUDGED:

The Motion to Sever is **GRANTED.** The claims of Plaintiff Kentrell Hills against Defendant USHEALTH Advisors, LLC are hereby severed from this action, and shall proceed in a separate action to be docketed by the Clerk of Court. USHEALTH Advisors, LLC is no longer a Defendant in this action. Plaintiff Kentrell Hills shall have __ days to file a Complaint in the new action, and Defendant shall have __ days to respond to the new Complaint.

DONE AND ORDERED in Chambers this ___ day of ______________ 2019.

______________________________
District Judge Cecilia M. Altonaga

Copies furnished to:
All counsel of record