**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-24218-CIV-ALTONAGA/Goodman**

**ANNETTE BARNES**, *et al.*,

Plaintiffs,

v.

**CS MARKETING LLC**, *et al.*,

Defendants.

____________________________/

**ORDER**

THIS CAUSE came before the Court *sua sponte*. Given the Court is considering whether to grant Defendants' Joint Motion to Stay [ECF No. 60], and to conserve the resources of the parties and judicial resources, it is

**ORDERED AND ADJUDGED** that the Motion to Dismiss **[ECF No. 54]** and Motion to Sever **[ECF No. 55]** are **DENIED** without prejudice. Should the Court deny the Motion to Stay, these motions shall be reinstated, and the parties provided with a briefing schedule.

**DONE AND ORDERED** in Miami, Florida, this 17th day of December, 2019.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record