**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:19-cv-24218-ALTONAGA/Louis**

_______________________________________/

ANNETTE BARNES, et al., :

Plaintiffs, :

vs.

:

CS MARKETING LLC, et al.,

:

Defendants.

_______________________________________:

**DEFENDANTS' SUPPLEMENTAL STATUS REPORT**

Defendants Insurance Care Direct, Inc., CS Marketing LLC, Health Insurance Innovations, Inc., and MHP Insurance Solutions LLC (together, "Defendants"), supplement their status report [ECF 72] and state:

1. In their status report [ECF 73], Plaintiffs incorrectly claim that the "Written Report of Jeffrey A. Hansen,"[1] submitted in the case of *Karpilovsky v. All Web Leads, Inc.*, Case No. 1:17-cv-01307 (N.D. Ill.) [Docket No. 76-8], supports a conclusion that the dialer at issue in this case meets the definition of ATDS recently articulated in *Glasser v. Hilton Grand Vacations Company, LLC*, __ F.3d __ (11th Cir. 2020), 2020 WL 415811 (11th Cir. January 27, 2020).

2. However, the Hansen Report relies on a definition of ATDS which is explicitly *rejected* in *Glasser* (2020 WL 415811 at *2) – i.e., a definition in which a predictive dialer dialing numbers from a stored list was enough to make it an ATDS for TCPA purposes.

[1] A true and correct copy of the Hansen Report is attached hereto as Exhibit A.

3. After *Glasser*, that definition no longer holds. Now, in order to be an ATDS, a dialing system must use a random or sequential number generator to both store and produce the numbers it dials. 2020 WL 415811, at *2. Dialing from a stored list is no longer enough. *Id.*

4. Yet despite this obvious shortcoming in Mr. Hansen's analysis, Plaintiffs insist that his report still supports a finding in their favor, selectively quoting portions of paragraph 25 of that report in support of Plaintiffs' proposition that the AWL dialer satisfies the requirements of the TCPA. *See* Plaintiffs' Status Report at ¶5.

5. However, paragraph 25 in its entirety reveals the falsity of Plaintiffs' position:

> 25. After reviewing the above documents, and based on my experience with predictive dialers and autodialers, and the Five9 predictive dialer used by All Web Leads, I am of the opinion that All Web Leads used the above predictive dialer to place telephone calls for the time period it was utilized by All Web Leads. I am also of the opinion that this dialer has the capacity to store or produce numbers to be called, using a random or sequential number generator, and the capacity to call such numbers. Specifically, the dialer is capable of automatically and without human intervention calling numbers that are stored as a list, which itself is stored in a table of a database.

(Emphasis added).

5. Because dialing from a stored list is no longer sufficient after the Eleventh Circuit's decision in *Glasser*, the Hansen Report does not support a ruling in favor of Plaintiffs in the instant case, contrary to the assertions Plaintiffs make in their status report.

Dated: February 3, 2020

Respectfully submitted,

By: */s/ Dianne Fischer*
Lawrence D. Silverman, Esq.
Florida Bar No. 007160
lawrence.silverman@akerman.com
Dianne O. Fischer, Esq.
Florida Bar No. 994560
deedee.fischer@akerman.com
Akerman LLP
Three Brickell City Centre

98 SE Seventh Street, Suite 1100
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095
*Counsel for Insurance Care Direct, Inc.*

By: s/ Dariel Abrahamy
Garry W. O'Donnell, Esq.
garry.odonnell@gmlaw.com
Florida Bar No. 0478148
Dariel Abrahamy, Esq.
dariel.abrahamy@gmlaw.com
Florida Bar No. 0014901
Greenspoon Marder LLP
2255 Glades Road Suite 400-E
Boca Raton, FL 33431
Telephone: 561-994-2212
Facsimile: 561-807-7527
*Counsel for Health Insurance Innovations*

By: s/ Michael Suarez
Michael F. Suarez, Esq.
mfs@kubickidraper.com
Florida Bar No. 88845
Law Offices Kubicki Draper
9100 South Dadeland Boulevard
Suite 1800
Miami, FL 33156
Telephone: 305-982-6715
Facsimile: 305-374-7846
*Counsel for CS Marketing, LLC*

By: s/ Charles Norris
Mark. A. Emanuele, Esq.
mae@lydeckerdiaz.com
Florida Bar No. 541834
Charles Norris, Esq.
cn@lydeckerdiaz.com
Florida Bar No. 76576
Lydecker/Diaz
1221 Brickell Ave., 19th Floor
Miami, FL 33131
Telephone: 303-416-3180
Facsimile: 305-416-3190
*Counsel for MHP Insurance Solutions, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system on this 3rd day of February, 2020, which will generate notification to all known counsel of record.

By: *s/ Dianne O. Fischer*
Dianne O. Fischer



51824149;1