UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24218-CIV-ALTONAGA/Goodman

ANNETTE BARNES, *et al.*,

    Plaintiffs,

v.

CS MARKETING LLC, *et al.*,

    Defendants.
_____/

**AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BY CERTAIN PLAINTIFFS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Melissa Cooper, Alfredo Cortes, Nancy Haddey, Edward Moss, Desiree Niegsch, and Maiquel Rodriguez (the "Dismissed Plaintiffs"), by and through their counsel, hereby file this amended notice[1] of voluntary dismissal giving notice of the voluntary dismissal of all Defendants, which includes CS Marketing LLC, Health Insurance Innovations, Inc., Insurance Care Direct, Inc., MHP Insurance Solutions LLC, Simple Health Plans LLC and USHealth Advisors, LLC, without prejudice from this action.[2]  The Dismissed Plaintiffs therefore dismiss their action in its entirety and without prejudice.

---

[1] On February 3, 2020, The Dismissed filed a notice of voluntary dismissal dismissing their claims against all Defendants from this action without prejudice.  *See* Doc. 75.  However, the title of that notice contained a typographical error and incorrectly named Managed Benefit Services LLC as the only defendant being dismissed.  This amended notice is being filed to clarify any ambiguities in that prior notice.

[2] No Defendants have filed an Answer to Plaintiffs' operative complaint.

This Notice does not affect the claims of Plaintiffs' Annette Barnes and Kentrell Hills, who remain active Plaintiffs in this action.

Dated: February 10, 2020           Respectfully submitted,

/s/ James D. Sallah

**SALLAH ASTARITA & COX, LLC**
James D. Sallah
Florida Bar No. 0092584
Email: jds@sallahlaw.com
Jeffrey L. Cox
Florida Bar No. 0173479
Email: jlc@sallahlaw.com
3010 North Military Trail, Ste. 210
Boca Raton, Florida 33431
Telephone: (561) 989-9080
Facsimile: (561) 989-9020

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Daniel M. Hutchinson (*pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Jonathan D. Selbin *(pro hac vice)*
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

**KOZONIS & KLINGER, LTD.**
Gary M. Klinger (*pro hac vice*)
Email:  gklinger@kozonislaw.com
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Telephone:  (312) 283-3814
Facsimile:  (773) 496-8617

*Attorneys for Plaintiffs and the Proposed Class*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ James D. Sallah
James D. Sallah