**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA (Miami)**

**CASE NO. 19-24218-CIV-ALTONAGA/Goodman**

| | |
|---|---|
| ANETTE BARNES, *et al.*, individually and on behalf of all other similarly situated, | **CLASS ACTION** |
| Plaintiffs, | |
| v. | |
| CS MARKETING LLC, *et al.*, | |
| Defendants. | |
| _____/ | |

**STIPULATION OF DISMISSAL**

The Plaintiff, Kentrell Hills, and Defendant, USHEALTH Advisors, LLC, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff's claims against USHEALTH Advisors, LLC.  Each Party shall bear their own respective costs and attorneys' fees.  This Stipulation of Dismissal disposes of the entire action against USHEALTH Advisors, LLC.  None of the remaining Plaintiffs in this action bring claims against USHEALTH Advisors, LLC.

Dated:  February 26, 2020

| **SALLAH ASTARITA & COX, LLC** | **GREENSPOON MARDER LLP** |
|---|---|
| */s/ James D. Sallah* <br> James D. Sallah <br> Florida Bar No. 0092584 <br> Email: jds@sallahlaw.com <br> Jeffrey L. Cox <br> Florida Bar No. 0173479 <br> Email: jlc@sallahlaw.com <br> 3010 North Military Trail, Ste. 210 <br> Boca Raton, Florida 33431 <br> Telephone: (561) 989-9080 <br> Facsimile: (561) 989-9020 <br> *Attorneys for Plaintiffs* | BY: */s/ Jeffrey A. Backman* <br> JEFFREY A. BACKMAN <br> Florida Bar No. 662501 <br> 200 E. Broward Blvd., Suite 1800 <br> Ft. Lauderdale, FL  33301 <br> (954) 491-1120 <br> jeffrey.backman@gmlaw.com <br><br> *Attorney for USHEALTH Advisors, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ James D. Sallah
James D. Sallah