# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-24218-CIV-ALTONAGA/Goodman

ANETTE BARNES, *et al.*, individually and on behalf of all other similarly situated,

      Plaintiffs,

      v.

CS MARKETING LLC, *et al.*,

      Defendants.

_____/

**CLASS ACTION**

## STIPULATION OF DISMISSAL

The Plaintiff, Annette Barnes, and Defendant, MHP Insurance Solutions, LLC, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff's claims against MHP Insurance Solutions, LLC.  Each Party shall bear their own respective costs and attorneys' fees.  This Stipulation of Dismissal disposes of the entire action against MHP Insurance Solutions, LLC.  None of the remaining Plaintiffs in this action bring claims against MHP Insurance Solutions, LLC.

Dated:  March 3, 2020

| **SALLAH ASTARITA & COX, LLC** | **LYDECKER DIAZ** |
|---|---|
| */s/ James D. Sallah* | */s/ Charles Norris* |
| James D. Sallah | Charles Norris |
| Florida Bar No. 0092584 | Florida Bar No. 76576 |
| Email: jds@sallahlaw.com | Email: cn@lydeckerdiaz.com |
| Jeffrey L. Cox | Mark Emanuele |
| Florida Bar No. 0173479 | Florida Bar No. 541834 |
| Email: jlc@sallahlaw.com | Email: mae@lydeckerdiaz.com |
| 3010 North Military Trail, Ste. 210 | 1221 Brickell Avenue, 19th Floor |
| Boca Raton, Florida 33431 | Miami, Florida 33131 |
| Telephone: (561) 989-9080 | Telephone: (305) 416-3180 |
| Facsimile: (561) 989-9020 | Facsimile: (305) 416-3190 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant MHP Insurance Solutions, LLC* |

2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ James D. Sallah

James D. Sallah